Name & Address:
CHARLES L. KREINDLER, SBN. 119933
ckreindler@sheppardmullin.com
MELISSA K. EAVES, SBN. 123021
meaves@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
333 South Hope Street, 43rd Floor, Los Angeles, CA 90071

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION<br><br>PLAINTIFF(S)<br><br>v.<br><br>AMERICAN TAX RELIEF, LLC., et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br>CV 11-6397 DSF (Ex)<br><br><br>**NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**
EXHIBIT 413 TO DEFENDANTS' STATEMENT OF GENUINE ISSUES IN DISPUTE IN SUPPORT OF OPPOSITION TO PLAINTIFF FTC'S MOTION FOR SUMMARY JUDGMENT

**Document Description:**

☐  Administrative Record

☒  Exhibits

☐  Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]

☐  Other

**Reason:**

☐  Under Seal

☒  Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐  Electronic versions are not available to filer

☐  Per Court order dated _____

☐  Manual Filing required (*reason*): 

July 2, 2012
_____
Date

/S/ *Charles L. Kreindler*
_____
Attorney Name
Charles L. Kreindler
_____
Party Represented
Defendants American Tax Relief, LLC, et al.

Note:   File one Notice in each case, each time you manually file document(s).

G-92 (03/09)                          **NOTICE OF MANUAL FILING**

American LegalNet, Inc.
www.FormsWorkflow.com

PROOF OF SERVICE
STATE OF CALIFORNIA, COUNTY OF LOS ANGELES
*Federal Trade Commission v. American Tax Relief, LLC., et al.*
Case No. CV 11-6397 DSF (Ex)

I am employed in the County of Los Angeles; I am over the age of eighteen years and not a party to the within entitled action; my business address is 333 South Hope Street, 43rd Floor, Los Angeles, California 90071-1422.

On July 2, 2012, I served the following document(s) described as **DEFENDANTS' NOTICE OF MANUAL FILING** on the interested party(ies) in this action by placing true copies thereof enclosed in envelopes and/or packages addressed as follows:

Michael L Molinaro
Blair Robert Zanzig
Loeb & Loeb LLP
321 North Clark Street, Suite 2300
Chicago, IL 60654

☒      **BY Electronic Transfer to the CM/ECF System:** In accordance with Federal Rules of Civil Procedure 5(d)(3), Local Rule 5-4, and General Order 07-08, I uploaded via electronic transfer a true and correct copy scanned into an electronic file in Adobe "pdf" format of the above-listed document(s) to the United States District Court Central District of California's Case Management and Electronic Case Filing (CM/ECF) system on this date.  It is my understanding that by transmitting these document(s) to the CM/ECF system, they will be served on all parties of record according to the preferences chosen by those parties within the CM/ECF system.  The transmission was reported as complete and without error.

☒      **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 2, 2012, at Los Angeles, California.

_____
*/S/ Angie Anguiano*
ANGIE ANGUIANO

- 1 -

W02-WEST:1MKE1\404936211.1